UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO.

DIAZ VIVIAN,

Plaintiff,

vs.

THE LINCOLN NATIONAL LIFE INSURANCE COMPANY as successor in interest to JEFFERSON PILOT FINANCIAL INSURANCE COMPANY,

Defendant.

_______________________________________/

ACTION TO RECOVER ERISA
BENEFITS AND DECLARATORY JUDGMENT

The Plaintiff sues the Defendant and states the following:

1. This is an action for damages for non-payment of group long term disability benefits, and for Declaratory Judgment.

2. The Plaintiff resides in Miami, Dade County, Florida. All actions giving rise to this suit occurred in Miami, Dade County, Florida.

3. The group long term disability benefits in question were issued by JEFFERSON PILOT FINANCIAL INSURANCE COMPANY. The Defendant, THE LINCOLN NATIONAL LIFE INSURANCE COMPANY (LINCOLN), acquired JEFFERSON PILOT FINANCIAL INSURANCE COMPANY following the issuance of this Plan of coverage.

4. At all times material LINCOLN, have provided group long term disability coverage to the Plaintiff. The coverage was provided under the International Speedway Corporation Group Long-Term Disability Insurance Plan (The Plan).

5. Pursuant to the Summary Plan Description, the Plan is funded by and administered by the Defendant. Exhibit "A".

6. The coverage provided is governed by the Employment Retirement Security Act of 1974 (ERISA), 29 U.S.C.A. 1001, et. seq.. This Court has jurisdiction pursuant this Act.

7. The benefits coverage is identified as Group Long Term Disability Insurance Policy for the International Speedway Corporation, Group Policy no. 000010022885. The Plan document provided to the Plaintiff is too voluminous to attach as a Complaint Exhibit. However, the Schedule of Benefits and coverage and delivery pages, two pages, are attached as Exhibit "A".

8. Under the terms of the Plan, the Defendant is obligated to pay eligible group members long term disability benefits due to injury or sickness.

9. On or about March 20, 2014, the Plaintiff became disabled under the provisions of the plan for long term benefits.

10. Plaintiff has been continuously disabled since the above date.

11. On April 20, 2015, Defendant LINCOLN, without justification, and in violation of the terms of the Plan, denied Plaintiff continuing long term disability benefits. Exhibit "B".

12. Plaintiff appealed this denial in a timely manner. Following the Defendant's administrative review, a second denial was issued on March 8, 2016. Exhibit "C".

13. Plaintiff has complied with all prerequisites identified by and required by the Defendant, with respect to the appeal of and payment of these disability benefits.

14. Plaintiff's obligatory administrative appeals have been exhausted.

15. LINCOLN has acknowledged receipt of all requests for benefits, and has wrongfully refused to pay long term total disability benefits under the terms of the Plan.

16. Plaintiff has at all times relevant, and is at present, totally disabled, and under the regular care and attendance of physicians.

17. As a result of the Defendant's wrongful termination of benefits, Plaintiff, pursuant to the provisions of 29 U.S.C.A. 1132, is entitled to recover legal fees and costs from the Defendants.

WHEREFORE Plaintiff, VIVAN DIAZ, demands Judgment against Defendant for full and complete reimbursement of all long term disability benefits, and for attorney's fees, and costs.

Plaintiff further demands Declaratory Judgment against the Defendant that Plaintiff is entitled to have her long term disability benefits reinstated in accordance with the terms of the Plan.

Dated March 6, 2017.

Law Offices of
ANDREW B. SAPIRO, P.A.
Attorney for Plaintiff
8925 S.W. 148th Street
Suite 200
Miami, Florida 33176
Telephone: (786) 242 4146
Facsimile: (786) 242 4191
asapiro@bellsouth.net

BY: ______________________________
Andrew B. Sapiro
Florida Bar No. 298360